**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-21572-JB/Torres**

JONATHAN JAVITT,

      Plaintiff,

v.

MARC KORCZYKOWSKI and
THE JOHNSON FIRM, LLC,

      Defendants.

_____/

### <u>ORDER ADOPTING REPORT AND RECOMMENDATIONS</u>

    **THIS CAUSE** was referred to the Honorable Edwin G. Torres, United States Magistrate Judge, to take all necessary and proper action as required by law with respect to Plaintiff's Motion for Remand, ECF No. [23]. *See* ECF No. [38]. On April 16, 2026, Magistrate Judge Torres issued an Order Granting Plaintiff's Motion to Remand. ECF No. [38]. Therein, Magistrate Judge Torres stated that although motions to remand "are regularly treated as non-dispositive motions that may be adjudicated by Order . . . given the dispositive nature of the challenge to federal jurisdiction here, to preserve any rights to de novo review, any party can seek review of this Order under Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73 on that basis, in which case the party can treat the Order as a Report and Recommendation entitling the objecting party to de novo review." *Id*. at 28.

    Defendants filed an Objection to and Appeal of Magistrate's Report and Recommendation arguing that Magistrate Judge Torres erred in concluding that

Defendants waived their right of removal.  ECF No. [41].  Plaintiff filed a Response. ECF No. [42].

This Court has a duty to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."  28 U.S.C. § 636(b).  It also may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  *Id*.  The Court, having conducted a *de novo* review of the record and the issues presented in Defendants' Objections, agrees with Magistrate Judge Torres that Plaintiff's Motion for Remand should be granted.

Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** that:

1.  Defendants' Objections, ECF No. [41], are **OVERRULED**.

2.  To the extent that Magistrate Judge Torres's Order Granting Plaintiff's Motion to Remand, ECF No. [38], is construed as a Report and Recommendation, it is **AFFIRMED AND ADOPTED**.

3.  Plaintiff's Motion for Remand, ECF No. [23], is **GRANTED**.

4.  The Clerk is directed to **REMAND** this case to the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida and thereafter **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 19th day of June, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**